386 A.2d 611

New Castle Orthopedic Associates v. Burns, Appellant.

Argued September 16, 1977. Richard J. Mills, with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellant; Irving M. Portnoy, with him Litman, Litman, Harris & Specter, for appellee.

OPINION PER CURIAM: Decree affirmed.

HOFFMAN, J., would affirm the grant of a preliminary injunction, but would not reach the issue of enforceability, which is a question properly to be determined in a hearing on a permanent injunction. John G. Bryant Co. v. Sling Testing and Repair, Inc., 471 Pa. 1, 369 A.2d 1164 (1977).

VAN der VOORT, J., dissents.